UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGHAN STUART, on behalf of
himself and those similarly situated,

        Plaintiffs,              CASE NO.: 6:08-CV-449-ORL-18GJK

vs.

CHAND ENTERPRISES, INC.,
A FLORIDA CORPORATION, D/B/A
RAMADA INN,

        Defendant.
_____/

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT TO JOIN

Plaintiff, MEGHAN STUART, gives notice of filing the attached Notices of Consent to Join executed by BETH HENRY and ROBERT STIEFEL, two other similarly situated employees to Plaintiff, who likewise was subjected to the illegal pay practices at issue, an who whishes to join the above-captioned lawsuit.

DATED this 31st day of March, 2008.

                                            **/s/ C. RYAN MORGAN**
                                            C. Ryan Morgan, Esq.
                                            Florida Bar No. 0015527
                                            MORGAN & MORGAN, P.A.
                                            20 N. Orange Avenue, 16th Floor
                                            P.O. Box 4979
                                            Orlando, Florida 32802-4979
                                            Telephone: (407) 420-1414
                                            Facsimile: (407) 423-7928
                                            E-mail: rmorgan@forthepeople.com
                                            **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2008, I sent the foregoing via regular U.S. mail delivery to the following:

**CHAND ENTERPRISES, INC. d/b/a RAMADA INN**
Krishan Chhabra, DS, Registered Agent
4150 King Street
Cocoa, Florida 32926

/s/ **C. RYAN MORGAN**
C. Ryan Morgan

# MORGAN & MORGAN
## A PROFESSIONAL ASSOCIATION
*Attorneys*
*At Law*

### NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, *Robert Stiefel*, consent to become a party plaintiff in this action.

3/31/08
DATE

CLIENT SIGNATURE

(M&M form #73)

———For The People———

# MORGAN & MORGAN
## A PROFESSIONAL ASSOCIATION
*Attorneys*
*At Law*

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, *Beth A. Henry*, consent to become a party plaintiff in this action.

3/31/08
DATE

X *Beth A. Henry*
CLIENT SIGNATURE

(M&M form #73)

———For The People———