UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGHAN STUART, on behalf of
himself and those similarly situated,

        Plaintiffs,              CASE NO.: 6:08-CV-449-ORL-18GJK

vs.

CHAND ENTERPRISES, INC.,
A FLORIDA CORPORATION, D/B/A
RAMADA INN,

        Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

_____
_____
_____
_____

  X  IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

DATED this 11th day April 2008.

              Respectfully submitted,

              **/s/ C. RYAN MORGAN**
              C. Ryan Morgan, Esq.
              Florida Bar No. 0015527
              MORGAN & MORGAN, P.A.
              20 N. Orange Avenue, 16th Floor
              P.O. Box 4979
              Orlando, Florida 32802-4979
              Telephone: (407) 420-1414
              Facsimile: (407) 423-7928
              E-mail: rmorgan@forthepeople.com
              **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2008, I sent the foregoing via regular U.S. mail delivery to the following:

**CHAND ENTERPRISES, INC. d/b/a RAMADA INN**
Krishan Chhabra, DS, Registered Agent
4150 King Street
Cocoa, Florida 32926

              **/s/ C. RYAN MORGAN**
              C. Ryan Morgan