**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MEGHAN STUART, BETH HENRY,**
**DANIEL MAY, ROBERT STIEFEL,**
**and JESSE BERGSTROM,**

                **Plaintiffs,**

**-vs-**                                  **Case No. 6:08-cv-449-Orl-22GJK**

**CHAND ENTERPRISES, INC., d/b/a**
**Ramada Inn,**
                **Defendant.**
_____

**ORDER**

This cause is before the Court on Joint Motion for Approval of Settlement Agreement (Doc. No. 55) filed on December 4, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 8, 2009 (Doc. No. 56) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiffs' request that opt-in Plaintiffs Robert Steifel and Jesse Bergstrom's consents be withdrawn (Doc. No. 55, fn.1) is GRANTED. The Clerk is direct to terminate Robert Steifel and Jesse Bergstrom as parties to this action.

3. The Joint Motion for Approval of Settlement Agreement (Doc. No. 55) is GRANTED.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 15, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge